1 | DAVID I. DALBY (SBN: 114750)
  | ddalby@hinshawlaw.com
2 | HINSHAW & CULBERTSON LLP
  | One California Street, 18th Floor
3 | San Francisco, CA 94111
  | Telephone:   415-362-6000
4 | Facsimile:    415-834-9070

5 | Attorneys for Defendant
  | GC SERVICES LIMITED
6 | PARTNERSHIP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| CURT McLAUGHLIN, | ) Case No.: cv11 0348 NJV |
|---|---|
| Plaintiff, | ) **JOINT NOTICE REGARDING** |
| | ) **SETTLEMENT AND REQUEST FOR** |
| vs. | ) **ORDER REMOVING CURRENT** |
| | ) **DEADLINES AND FOR DISMISSAL** |
| GC SERVICES LIMITED | ) **WITH PREJUDICE; [PROPOSED]** |
| PARTNERSHIP, | ) **ORDER** |
| | ) |
| Defendants. | ) Hon. Nandor J. Vadas |

## NOTICE OF SETTLEMENT

Plaintiff CURT McLAUGHLIN and Defendant GC SERVICES LIMITED PARTNERSHIP (collectively, "the Parties"), by and through their counsel of record, hereby notify the Court that the Parties have reach settlement of the above-entitled matter.  The Parties hereby request that the Court vacate all pending due dates and hearings and dismiss this action with prejudice.

/ / /

/ / /

1

JOINT NOTICE REGARDING SETTLEMENT AND REQUEST FOR ORDER REMOVING CURRENT
DEADLINES AND FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER, CASE NO. CV11 0348 NJV

3105461 0921701

|   |   |   |
|---|---|---|
|   |   | Respectfully Submitted, |
| Dated:  March 1, 2012 |   | **Hinshaw & Culbertson LLP** |
|   |   | _/S/ David I. Dalby_ |
|   |   | Attorneys for Defendant |
|   |   | GC Services Limited Partnership |
|   |   |   |
| Dated:  March 1, 2012 |   | **Hyde & Swigart** |
|   |   | _/S/ David J. McGlothlin_ |
|   |   | Attorney for Plaintiff |
|   |   | Curt McLaughlin |

### [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Nandor J. Vadas