1  DAVID I. DALBY (SBN: 114750)
   ddalby@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone:    415-362-6000
4  Facsimile:    415-834-9070

5  Attorneys for Defendant
   GC SERVICES LIMITED
6  PARTNERSHIP

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| CURT McLAUGHLIN, | Case No.: cv11 0348 NJV |
| Plaintiff, | **JOINT NOTICE REGARDING SETTLEMENT AND REQUEST FOR ORDER REMOVING CURRENT DEADLINES AND FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| GC SERVICES LIMITED PARTNERSHIP, | |
| Defendants. | Hon. Nandor J. Vadas |

### NOTICE OF SETTLEMENT

Plaintiff CURT McLAUGHLIN and Defendant GC SERVICES LIMITED PARTNERSHIP (collectively, "the Parties"), by and through their counsel of record, hereby notify the Court that the Parties have reach settlement of the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and dismiss this action with prejudice.

/ / /

/ / /

Respectfully Submitted,

Dated: March 1, 2012   **Hinshaw & Culbertson LLP**

 */S/ David I. Dalby*
Attorneys for Defendant
GC Services Limited Partnership

Dated: March 1, 2012   **Hyde & Swigart**

 */S/ David J. McGlothlin*
Attorney for Plaintiff
Curt McLaughlin

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 5, 2012

_____
Hon. Nandor J. Vadas

*IT IS SO ORDERED — Judge Nandor J. Vadas — United States District Court, Northern District of California*

2

JOINT NOTICE REGARDING SETTLEMENT AND REQUEST FOR ORDER REMOVING CURRENT DEADLINES AND FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER, CASE NO. CV11 0348 NJV

3105461 0921701